478 A.2d 113

Commonwealth v. Griggs, Appellant.

Argued March 22, 1984. Daniel M.

Preminger, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for appellee.

Before BECK, TAMILIA and HOFFMAN, JJ.

Affirmed.